IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRYAN KEITH RICHARDSON,<br><br>Defendant.<br>_____/ | No. CR 09-0624 SI<br>No. C 10-5203 SI<br><br>**ORDER DENYING CERTIFICATE OF APPEALABILITY** |

Defendant filed notice of appeal of the judgment entered on July 6, 2011, denying his 28 U.S.C. § 2255 motion. In his Section 2255 motion, defendant argued that if the Court had considered United States Sentencing Guideline 5G1.3, it should or would have sentenced him to have his state and federal sentences run concurrently. The Court enforced defendant's plea agreement, in which he waived the right to appeal "any aspect" of his sentence or file "any collateral attack" on his sentence, except for a claim of ineffective assistance of counsel. The Court also noted that it would have denied defendant's motion on the merits, because the Court, in imposing a consecutive sentence, exercised the discretion specifically permitted by the Guidelines.

This case is not a case in which "jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural [rulings]." *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000); *United States v. Zuno-Arce*, 339 F.3d 886, 889 (9th Cir.2003). Thus, defendant has not made a substantial showing of denial of constitutional right. *See* 28 U.S.C. § 2253(c).

Accordingly, the Court DENIES petitioner's request for a certificate of appealability. (Docket No. 54). The denial of the certificate of appealability is without prejudice to petitioner seeking a

certificate from the United States Court of Appeals for the Ninth Circuit. The clerk shall send a copy of this order to the United States Court of Appeal for inclusion in the case file.

**IT IS SO ORDERED.**

Dated: August 19, 2011

SUSAN ILLSTON
United States District Judge